■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED MABERY, Appellant, v ARTHUR A. LEONARDO, as Superintendent of Great Meadow Correctional Facility, Respondent.—

Supreme Court properly determined that petitioner was not entitled to habeas corpus relief in this case. As the court noted, it had already denied a previous petition for such relief and, insofar as no new grounds were presented in petitioner's present application, the denial should be sustained (see, CPLR 7003 [b]; People ex rel. Sanchez v Hoke, 132 AD2d 861). Furthermore, as the court also pointed out, petitioner's assertions concerning the legality of his sentence could have been

advanced by way of a CPL article 440 motion and therefore habeas corpus is not the proper remedy *(see, People ex rel. Rosado v Miles,* 138 AD2d 808).

Levine, Mercure, Crew III, Mahoney and Casey, JJ., concur. Ordered that the judgment is affirmed, without costs.